CLASS JOURNAL CO. v. VALVELESS INNER TUBE CO. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by the Class Journal Company against the Valveless Inner Tube Company. No opinion. Application denied, with $10

costs. Order signed. See, also, 145 N. Y. Supp. 958.